UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff* | §<br>§ | |
| | § | |
| vs. | § | No.: SA:26-CR-00551(1)-FB |
| | § | |
| (1) ZACHRY WADE CARROLL<br>*Defendant* | § | |

**ORDER SETTING ARRAIGNMENT**

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for **03:00 PM, in Courtroom A, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX** on **Tuesday, November 17, 2026.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to Defendant, counsel for Defendant, the United States Attorney, U.S. Pretrial Services, and the United States Probation Office. Further, counsel for Defendant shall notify the defendant of this setting. If the defendant is on bond, Defendant shall be present for the hearing.

**IT IS SO ORDERED** this **2nd day of November, 2026.**

**ELIZABETH S. ("BETSY") CHESTNEY**
**UNITED STATES MAGISTRATE JUDGE**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | |
| **vs.** | § | **Case Number: SA:26-CR-00551(1)-FB** |
| | § | |
| **(1) Zachry Wade Carroll** | § | |

**NOTICE OF WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ENTRY OF PLEA OF NOT GUILTY**

NOW COMES Defendant in the above-referenced case who, along with his/her undersigned attorney, hereby acknowledges the following:

1) Defendant has received a copy of the charging document in this case.
2) Defendant has read the charging document or had it read to him/her.
3) Defendant understands he/she has the right to appear personally with his/her attorney before a Judge for Arraignment in open Court on this accusation. Defendant further understands that, absent the present waiver, he/she will be so arraigned in open Court.

Defendant, having conferred with his/her attorney in this regard, hereby waives personal appearance with his/her attorney at the arraignment of this case and the reading of the charging document and, by this instrument, tenders his/her plea of "not guilty". The defendant understands that entry by the Court of said plea for defendant will conclude the arraignment in this case for all purposes. Defendant request the Court accept his/her waiver of appearance and entere a plea of "not guilty."

| | |
|---|---|
| **Date** | **Defendant** |
| | **Name of Attorney for Defendant (Print)** |
| **Date** | **Signature of Attorney for Defendant** |

**IF A WAIVER FORM IS NOT SUBMITTED, THE DEFENDANT AND DEFENDANT'S ATTORNEY MUST APPEAR FOR THE ARRAIGNMENT AS SCHEDULED.**

4) Defendant understands that he/she has a right to a minimum period of time to trial so that trial shall not commence less than thirty (30) days from the date on which the defendant first appears through counsel or expressly waives counsel and elects to proceed pro se. Defendant further understands that, absent the present waiver, he/she will not be brought to trial during this thirty (30)-day period.

Defendant, having conferred with his/her attorney in this regard, hereby **WAIVES** the requirement that trial shall not commence less than thirty (30) days from the date on which the defendant first appears through counselor expressly waives counsel and elects to proceed pro se.

| | |
|---|---|
| **Date** | **Defendant** |
| | **Name of Attorney for Defendant (Print)** |
| **Date** | **Signature of Attorney for Defendant** |